# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TERRY FLANAGAN

NO. 2020 KW 0614

**SEPTEMBER 3, 2020**

---

In Re:    Terry Flanagan, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 12-17-0511.

---

**BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**  On February 18, 2020, this court denied relief in 2019 KW 1596.  See **State v. Flanagan,** 2019-1596 (La. App. 1st Cir. 2/18/20), 2020 WL 790430.  Therefore, the are no pending matters before this court for relator to supplement.

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT